IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02584–WYD–KMT

MARISOL SILVA,

    Plaintiff,

v.

COAST TO COAST FINANCIAL SOLUTIONS, INC., a California corporation,

    Defendant.

---

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    This matter is before the court on the Motion to Withdraw (Doc. Nos. 16 & 17, filed May 1, 2015) filed by counsel for Defendant Coast to Coast Financial Solutions. Plaintiff filed a response the same day. (Doc. No. 18.)

    Being otherwise fully advised, it is hereby ORDERED that the Motions (Doc. Nos. 16 & 17) are GRANTED. Attorneys Irvin Borenstein and Douglas D. Koktavy are relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Messrs. Borenstein and Koktavy from the electronic certificate of mailing.

    As a corporation, Defendant cannot appear without counsel admitted to the bar of this court. *See* D.C.COLO.LCivR 5(b). Defendant shall obtain counsel and file an entry of appearance for counsel on or before June 4, 2015. If Defendant does not obtain substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against Defendant.

    Mr. Borenstein or Mr. Koktavy shall provide Defendant will a copy of this order no later than May 15, 2015.

Dated: May 14, 2015